1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT BLAINE MCBRIDE,

                           Plaintiff,

         v.

GRAYS HARBOR COUNTY, et al.,

                           Defendants.

Case No. 3:23-cv-05141-JNW-TLF

REPORT AND
RECOMMENDATION

NOTED FOR: JUNE 9, 2023

11    On February 21, 2023, plaintiff filed a motion for leave to proceed *in forma*

12  *pauperis* (Dkt. 1), with respect to his proposed civil rights complaint (Dkt. 1-1). On April

13  4, 2021, the Court ordered plaintiff to show why the complaint should not be dismissed

14  for failure to state a claim. Dkt. 6.

15    Given the identified deficiencies in the complaint, the Court did not order service

16  of plaintiff's complaint. Plaintiff was given until April 24, 2023, to show cause why his

17  complaint should not be dismissed or file an amended complaint. Plaintiff has not

18  responded to the Court's order to show cause. Accordingly, the undersigned

19  recommends that the Court dismiss plaintiff's action without prejudice for failure to

20  prosecute. A proposed Order accompanies this Report and Recommendation.

21    Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall

22  have fourteen (14) days from service of this report to file written objections. *See also*

23  Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for

24

25

REPORT AND RECOMMENDATION - 1

1    purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can

2    result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474

3    U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations

4    omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is

5    directed to set the matter for consideration on June 9, 2023, as noted in the caption.

6

7    Dated this 16th day of May, 2023.

8

9

10

11   Theresa L. Fricke
     United States Magistrate Judge